AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

THE STANDARD FIRE INSURANCE COMPANY

V.

F&S BOATWORKS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-132

TO: (Name and address of Defendant)

F&S BOATWORKS, INC.
353 Summit Pointe Circle
Bear, DE 19701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Claire DeMatteis, Esquire
Michael P. Migliore, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _[signature]_

DATE 3/2/07

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 5, 2007 |
| NAME OF SERVER (PRINT) Mary Jane Ruddy | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By United States Postal Service Certified Mail Number 9171082133 3931 5402 6723 on March 2, 2007. Delivered and accepted by Deborah Davis on March 5, 2007. Receipt of service attached.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 14, 2007      Mary Jane Ruddy
            Date                  Signature of Server

300 Delaware Avenue, Suite 800
Address of Server
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Deborah Davis  3-5-07 |
| 1. Article Addressed to:<br><br>F&S BOATWORKS, INC.<br>353 Summit Point Circle<br>Bear, DE 19701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[postmark: BEAR DE MAR 05 2007 19701]<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 91 7108 2133 3931 5402 6723 |

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081