IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:07-cv-132 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| F & S BOATWORKS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission pro hac vice of <u>HUNTER C. QUICK</u> and <u>HOWARD M. WIDIS</u> to represent <u>THE STANDARD FIRE INSURANCE COMPANY</u> in this matter.

Dated: March 29, 2007

    /s/ Claire DeMatteis
Claire M. DeMatteis, Esquire  DE Bar No. 3187
Michael P. Migliore, Esquire  DE Bar No. 4331
STRADLEY RONON STEVENS & YOUNG, LLC
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
Telephone:  302-576-5850
Facsimile:   302-576-5858
E-mail:  CDeMatteis@stradley.com

B # 606168 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:07-cv-132 JJF |
| v. | ) ) ) | |
| F & S BOATWORKS, INC. | ) ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice is granted.

Date: _____    _____
United States District Judge

B # 596553 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:07-cv-132 JJF |
| | ) |
| v. | ) |
| | ) |
| F & S BOATWORKS, INC. | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, we certify that we are eligible for admission to this Court, are admitted, practicing and in good standing as members of the Bar of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. We also certify that we are generally familiar with this court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, we further certify that the annual fee of $25.00 for each attorney will be submitted to the Clerk's Office upon the filing of this Motion.

Dated: March 28, 2007

_____
Hunter C. Quick, Esquire, NC Bar No. 16453
QUICK & WIDIS, PLLC
2100 Rexford Road, Suite 200
Charlotte, NC 28211
Telephone: 704-364-2500
Facsimile: 704-365-8734
E-mail: hquick@quickwidis.com

_____
Howard M. Widis, Esquire, NC Bar No. 8094
QUICK & WIDIS, PLLC
2100 Rexford Road, Suite 200
Charlotte, NC 28211
Telephone: 704-364-2500
Facsimile: 704-365-8734
E-mail: hwidis@quickwidis.com

B # 596553 v.1

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that _____Hunter C. Quick (# 16453)_____ is an active member of the North Carolina State Bar in good standing as of this date, and was duly licensed to practice law in this state on _____April 14, 1989_____.

I further certify that as of this date the above named attorney has not been subject to any public disciplinary action by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this __19th__ day of _____March_____, __2007__.

_____
Secretary of the North Carolina State Bar

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that _____Howard M. Widis (# 8094)_____ is an active member of the North Carolina State Bar in good standing as of this date, and was duly licensed to practice law in this state on _____August 21, 1977_____.

I further certify that as of this date the above named attorney has not been subject to any public disciplinary action by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this __19th__ day of _____March_____, __2007__.

_L. Thomas Lunsford_
Secretary of the North Carolina State Bar