IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> F & S BOATWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:07-cv-132 JJF |

## NOTICE OF SERVICE

I, Michael P. Migliore, certify that *Plaintiff's Initial Disclosures* were served upon counsel for Defendant, F & S Boatworks, Inc., via Federal Express on July 12, 2007, at the address set forth below.

        Michael B. McCauley, Esquire
        PALMER BIEZUP & HENDERSON, LLP
        1223 Foulk Road
        Wilmington, DE 19803

Dated: July 25, 2007

        */s/ Michael P. Migliore*
        Claire M. DeMatteis (DE Bar No. 3187)
        Michael P. Migliore (DE Bar No. 4331)
        STRADLEY RONON STEVENS & YOUNG, LLC
        300 Delaware Avenue, Suite 800
        Wilmington, DE 19801
        Telephone: 302-576-5850
        Facsimile: 302-576-5858
        E-mail: CMDeMatteis@stradley.com

        and

        Hunter C. Quick, Esquire
        Howard M. Widis, Esquire
        QUICK & WIDIS, PLLC
        2100 Rexford Road, Suite 200
        Charlotte, NC 28211
        Telephone: 704-364-2500
        Facsimile: 704-365-8734
        Email: HQuick@quickwidis.com

        *Attorneys for Plaintiff*

B # 660293 v.1