IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>F & S BOATWORKS, INC.,<br><br>        Defendant. | )<br>)<br>)  Civil Action No. 1:07-cv-132 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Michael P. Migliore, certify that *Plaintiff's First Set of Interrogatories and First Request for Production of Documents and Tangible Things to Defendant F&S Boatworks, Inc.* were served on August 29, 2007 upon counsel for Defendant, F & S Boatworks, Inc., via U.S. mail, postage pre-paid, at the address set forth below.

        Michael B. McCauley, Esquire
        PALMER BIEZUP & HENDERSON, LLP
        1223 Foulk Road
        Wilmington, DE 19803

Dated: September 5, 2007
                                          /s/ Michael P. Migliore
                                          Claire M. DeMatteis (DE Bar No. 3187)
                                          Michael P. Migliore (DE Bar No. 4331)
                                          STRADLEY RONON STEVENS & YOUNG, LLP
                                          300 Delaware Avenue, Suite 800
                                          Wilmington, DE 19801
                                          Telephone: 302-576-5850
                                          Facsimile: 302-576-5858
                                          E-mail: CMDeMatteis@stradley.com

                                                      and

                                          Hunter C. Quick, Esquire
                                          Howard M. Widis, Esquire
                                          QUICK & WIDIS, PLLC
                                          2100 Rexford Road, Suite 200
                                          Charlotte, NC 28211
                                          Telephone: 704-364-2500
                                          Facsimile: 704-365-8734
                                          Email: HQuick@quickwidis.com
                                          *Attorneys for Plaintiff*

B # 676585 v.1