IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>F & S BOATWORKS, INC.<br>　　　　Defendant. | Civil Action No. 07-132 (JJF) |

## NOTICE OF SERVICE

I hereby certify that on this 15th day of October 2007, Defendant's Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents were served via e-mail and first-class mail addressed to:

Claire M. DeMatteis, Esq.
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
cdematteis@stradley.com

Hunter C. Quick, Esq.
Quick & Widis, PLLC
2100 Rexford Road, Suite 200
Charlotte, NC  28211
hquick@quickwidis.com

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　PALMER BIEZUP & HENDERSON LLP

Date: October 15, 2007　　　　By: _____
　　　　　　　　　　　　Michael B. McCauley (ID 2416)
　　　　　　　　　　　　1223 Foulk Road
　　　　　　　　　　　　Wilmington, DE 19803
　　　　　　　　　　　　(302) 594-0895
　　　　　　　　　　　　(302) 478-7625 (fax)
　　　　　　　　　　　　Attorneys for Defendant

PBH: 192542.1