IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>F & S BOATWORKS, INC.<br>　　　　　Defendant. | :　Civil Action No. 07-132 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

I hereby certify that on this 15th day of November 2007, Defendant's First Set of Interrogatories, First Request for Production of Documents, and First Set of Requests for Admissions were served via e-mail and first-class mail addressed to:

Claire M. DeMatteis, Esq.
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
cdematteis@stradley.com

Hunter C. Quick, Esq.
Quick & Widis, PLLC
2100 Rexford Road, Suite 200
Charlotte, NC  28211
hquick@quickwidis.com

Date: November 15, 2007

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
Attorneys for Defendant

PBH: 192997.1