IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>F & S BOATWORKS, INC.,<br>    Defendant. | )<br>)<br>) Civil Action No. 1:07-cv-132 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

    I, Michael P. Migliore, certify that the *Subpoena Duces Tecum* was served on November 15, 2007 upon Bill Fishing International, LLC c/o Harvard Business Services, Inc., Registered Agent, and upon counsel for Defendant, F & S Boatworks, Inc., pursuant to the means and addresses set forth below:

Bill Fishing International, LLC
c/o Harvard Business Services, Inc., Registered Agent
16192 Coastal Highway
Lewes, DE  19958
(Personal Service)
[Agent for Bill Fishing International, LLC]

Michael B. McCauley, Esquire
PALMER BIEZUP &
HENDERSON, LLP
1223 Foulk Road
Wilmington, DE  19803
(First Class U.S. Mail and e-service)
[Counsel for F&S Boatworks, Inc.]

Dated:  November 16, 2007

          */s/ Michael P. Migliore*
          Claire M. DeMatteis (DE Bar No. 3187)
          Michael P. Migliore (DE Bar No. 4331)
          STRADLEY RONON STEVENS & YOUNG, LLP
          300 Delaware Avenue, Suite 800
          Wilmington, DE  19801
          Telephone:  302-576-5850
          Facsimile:  302-576-5858
          E-mail:  CDeMatteis@stradley.com
            and
          Hunter C. Quick, Esquire
          Howard M. Widis, Esquire
          QUICK & WIDIS, PLLC
          2100 Rexford Road, Suite 200
          Charlotte, NC  28211
          Telephone:  704-364-2500
          Facsimile:  704-365-8734
          Email:  HQuick@quickwidis.com

          *Attorneys for Plaintiff*

B # 711062 v.1