IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> F & S BOATWORKS, INC., <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 1:07-cv-132 JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I, Michael P. Migliore, certify that *Plaintiff's Answers to Requests for Admissions of Defendant F&S Boatworks, Inc.* were served upon counsel for Defendant, F & S Boatworks, Inc., via U.S. First Class Mail on December 6, 2007, at the address set forth below.

> Michael B. McCauley, Esquire
> PALMER BIEZUP & HENDERSON, LLP
> 1223 Foulk Road
> Wilmington, DE 19803

Dated: December 14, 2007

*/s/ Michael P. Migliore*
Claire M. DeMatteis (DE Bar No. 3187)
Michael P. Migliore (DE Bar No. 4331)
STRADLEY RONON STEVENS & YOUNG, LLC
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: 302-576-5850
Facsimile: 302-576-5858
E-mail: CMDeMatteis@stradley.com

and

Hunter C. Quick, Esquire
Howard M. Widis, Esquire
QUICK & WIDIS, PLLC
2100 Rexford Road, Suite 200
Charlotte, NC 28211
Telephone: 704-364-2500
Facsimile: 704-365-8734
Email: HQuick@quickwidis.com

*Attorneys for Plaintiff*

B # 724243 v.1