IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) Civil Action No. 1:07-cv-132 JJF ) |
| v. | ) ) ) |
| F & S BOATWORKS, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Michael P. Migliore, certify that *Plaintiff's Objections and Answers to First Interrogatories of Defendant F&S Boatworks, Inc; Plaintiff's Objections and Responses to First Request for Production of Documents and Tangible Things of Defendant F&S Boatworks, Inc.; and Plaintiff's Privilege Log* were served upon counsel for Defendant, F & S Boatworks, Inc., via U.S. First Class Mail on December 28, 2007, at the address set forth below.

        Michael B. McCauley, Esquire
        PALMER BIEZUP & HENDERSON, LLP
        1223 Foulk Road
        Wilmington, DE 19803

Dated: January 4, 2008

        /s/ Michael P. Migliore
        Claire M. DeMatteis (DE Bar No. 3187)
        Michael P. Migliore (DE Bar No. 4331)
        STRADLEY RONON STEVENS & YOUNG, LLC
        300 Delaware Avenue, Suite 800
        Wilmington, DE 19801
        Telephone: 302-576-5850
        Facsimile: 302-576-5858
        E-mail: CMDeMatteis@stradley.com

                and

        Hunter C. Quick, Esquire
        Howard M. Widis, Esquire
        QUICK & WIDIS, PLLC
        2100 Rexford Road, Suite 200
        Charlotte, NC 28211
        Telephone: 704-364-2500
        Facsimile: 704-365-8734
        Email: HQuick@quickwidis.com

        *Attorneys for Plaintiff*