IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) Civil Action No. 1:07-cv-132 JJF ) |
| v. | ) ) |
| F & S BOATWORKS, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

Be it made known that *Plaintiff's Disclosure of Expert Testimony* was served upon counsel for Defendant, F & S Boatworks, Inc., via U.S. First Class Mail on March 17, 2008, at the address set forth below.

        Michael B. McCauley, Esquire
        PALMER BIEZUP & HENDERSON, LLP
        1223 Foulk Road
        Wilmington, DE 19803

Dated: March 17, 2008

/s/ Michael P. Migliore
Claire M. DeMatteis (DE Bar No. 3187)
Michael P. Migliore (DE Bar No. 4331)
STRADLEY RONON STEVENS & YOUNG, LLC
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: 302-576-5850
Facsimile: 302-576-5858
E-mail: CMDeMatteis@stradley.com

and

Hunter C. Quick, Esquire
Howard M. Widis, Esquire
QUICK & WIDIS, PLLC
2100 Rexford Road, Suite 200
Charlotte, NC 28211
Telephone: 704-364-2500
Facsimile: 704-365-8734
Email: HQuick@quickwidis.com

*Attorneys for Plaintiff*

B # 763184 v.1