IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) F & S BOATWORKS, INC. ) ) Defendant. ) | Civil Action No. 07-132-JJF |

### NOTICE OF DEPOSITION

TO:   Michael B. McCauley, Esquire
      PALMER BIEZUP & HENDERSON, LLP
      1223 Foulk Road
      Wilmington, DE 19803
      (302) 594-0895 Phone
      (302) 478-7625 Fax

PLEASE TAKE NOTICE that Plaintiff, The Standard Fire Insurance Co., by their counsel, will take the deposition of the following individuals during the week of April 17, 2008 at times to be mutually agreed upon at the offices of Stradley, Ronon, Stevens & Young, LLP, 300 Delaware Avenue, Suite 800, Wilmington, DE 19801. Testimony will be recorded by stenographic means.

PERSONS TO BE EXAMINED:

Person(s) to be designated by Defendant pursuant to Fed. R. Civ. P. 30(b)(6) to testify in respect of Vessel Jammers as to construction of the vessel, installation of the generator, and selection, installation and testing of the fire suppression system.

Respectfully submitted,

QUICK, WIDIS & NALIBOTSKY, PLLC

By: _____

Howard M. Widis, Esquire
Email: hwidis@quickwidis.com
Hunter C. Quick, Esquire
Email: hquick@quickwidis.com
2100 Rexford Road, Suite 200
Charlotte, NC 28211
Phone: 704-364-2500
Fax: 704-365-8734


Claire M. DeMatteis, Esquire DE Bar #3187
Michael P. Migliore, Esquire DE Bar #4331
STRADLEY RONON STEVENS &
    YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 576-5853
Fax:        (302) 576-5858
Email: CDeMatteis@stradley.com


*COUNSEL FOR PLAINTIFF*