IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,    )<br>                                                                              )<br>                                    Plaintiff,           )<br>                                                                              )<br>vs.                                                                      )        Civil Action 07-132-JJF<br>                                                                              )<br>F&S BOATWORKS, INC.,                                    )<br>                                                                              )<br>                                    Defendant.        ) | |

**STIPULATION AND ORDER EXTENDING DISCOVERY
AND CONTINUING PRETRIAL CONFERENCE**

It hereby is stipulated and agreed that the Court's Rule 16 Scheduling Order (D.I. 7) and Order Setting Pretrial Conference (D.I. 8) be amended as follows:

1. Reports from Defendant's retained experts shall be produced by **May 30, 2008.**

2. Supplemental reports (if necessary) from Plaintiff's retained experts shall be produced by **June 13, 2008.**

3. Any party desiring to depose an expert witness shall notice and complete said deposition no later than **July 28, 2008**, unless otherwise agreed to in writing by the parties. It is agreed that Defendant may depose Plaintiff's experts first.

4. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **September 29, 2008**. Briefing shall be pursuant to D. Del. LR 7.1.2 and 7.1.3. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

5. The pretrial conference will be held on **WEDNESDAY** December **3**, 2008 at **11:30** a.m./~~p.m.~~ in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Trial will be scheduled at the Pretrial Conference.

Respectfully submitted,

**For Plaintiff:**

STRADLEY RONON STEVENS & YOUNG

By: /s/ Michael P. Migliore

    Michael P. Migliore (ID 4331)
    300 Delaware Avenue, Suite 800
    Wilmington, DE 19801
    (302) 576-5853
    cdematteis@stradley.com

QUICK WIDIS & NALIBOTSKY

By: /s/ Howard M. Widis
    Howard M. Widis
    2100 Rexford Road, Suite 200
    Charlotte, NC 28211
    (704) 364-2500
    hwidis@quickwidis.com

**For Defendant:**

PALMER BIEZUP & HENDERSON LLP

By: /s/ Michael B. McCauley

    Michael B. McCauley (ID 2416)
    1223 Foulk Road
    Wilmington, DE 19803
    (302) 594-0895
    mccauley@pbh.com
    Attorneys for Defendant

**IT IS SO ORDERED.**

May 15, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE