IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> F & S BOATWORKS, INC., <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 1:07-cv-132 JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

Be it made known that *Plaintiff's Supplemental Disclosure of Expert Testimony* was served upon counsel for Defendant, F & S Boatworks, Inc., via U.S. mail, postage pre-paid on July 14, 2008, at the address set forth below.

Michael B. McCauley, Esquire
PALMER BIEZUP & HENDERSON, LLP
1223 Foulk Road
Wilmington, DE 19803

Dated: July 17, 2008

*/s/ Claire M. DeMatteis*
Claire M. DeMatteis (DE Bar No. 3187)
Michael P. Migliore (DE Bar No. 4331)
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: 302-576-5850
Facsimile: 302-576-5858
E-mail: CDeMatteis@stradley.com

and

Hunter C. Quick, Esquire
Howard M. Widis, Esquire
QUICK & WIDIS, PLLC
2100 Rexford Road, Suite 200
Charlotte, NC 28211
Telephone: 704-364-2500
Facsimile: 704-365-8734
Email: HQuick@quickwidis.com

*Attorneys for Plaintiff*

B # 813274 v.1